```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

JANICE STEWART,                  }
                                 }
    Plaintiff,                   }
                                 }       CIVIL ACTION NO.
v.                               }       13-AR-0875-S
                                 }
BROOKWOOD   HEALTH   SERVICES,   }
INC., d/b/a BROOKWOOD MEDICAL    }
CENTER, et al.,                  }
                                 }
    Defendants.

## SUBMISSION ORDER

    If plaintiff desires to respond to the motion for summary judgment filed on May 24, 2013, by defendant, Brookwood Health Services, Inc., d/b/a Brookwood Medical Center, she shall do so **on or before 4:30 P.M., June 24, 2013.** If said defendant desires to reply to any such response, it shall do so **on or before 4:30 P.M., July 15, 2013,** or file a motion for additional reasonable time within which to reply. After any such reply, or after any such motion for extension is denied, or after any granted extension expires, whichever event first occurs, the Rule 56 motion will automatically come under submission without oral argument.

    DONE this 28th day of May, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE