FILED
 2013 Jun-10  PM 04:01
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Janice Stewart, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO: 2:13-cv-00875-WMA |
| Brookwood Medical Center; Defendant number 1 being the proper legal designation of the entity known as Brookwood Medical Center; New England Compounding Center; Defendant number 2 being the proper legal designation of the entity known as New England Compounding Center; Defendant number 3 being that entity which compounded, marketed, sold and/or provided the triamcinolene acetonide injectable material to Brookwood Medical Center which was injected into Plaintiff as described in the Complaint; and 4 Defendants 4 & 5 being those persons or entities which compounded, tested provided, marketed and/or distributed the triamicnolene acetonide injectable material which was used by Brookwood Medical Center with Plaintiff as described in the Complaint; all of whose true and correct names are otherwise unknown to Plaintiff at this time but will be added by amendment when properly ascertained., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT NEW ENGLAND COMPOUNDING CENTER'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND

Paul D. Moore, the chapter 11 Trustee for the Estate of New England Compounding Pharmacy, Inc. ("NECC"), submits this opposition to Plaintiff's May 16, 2013 Motion for Remand and in further support of NECC's Motion to Stay.  NECC respectfully advises this Court that since the time the pending motions were filed, Judge F. Dennis Saylor, IV of the United States District Court for the District of Massachusetts, the judge coordinating MDL No. 2419, *In re New England Compounding Pharmacy, Inc. Products Liability Litigation* (the "MDL Court"), issued a ruling that directly impacts the matter before this Court.  Judge Saylor has confirmed subject matter jurisdiction in his Court over all cases against NECC or any NECC-affiliated entity pending in both state and federal courts.  (See May 31, 2013 Memorandum and Order on Trustee's Motion to Transfer Cases and Related Motions, attached as **Exhibit A**) ("Transfer Order").  Based on the reasons set forth in the Transfer Order, NECC respectfully requests this Court deny Plaintiff's motion for remand to the Circuit Court for Jefferson County.  Additionally, NECC requests that this Court grant NECC's motion for stay pending transfer.

## Argument

On December 21, 2012, NECC filed a voluntary petition of bankruptcy seeking relief under Chapter 11 of Title 11 in the United States Bankruptcy Court for the District of Massachusetts, automatically staying all actions against NECC pursuant to 11 U.S.C. § 362(a).  On February 12, 2013, the Judicial Panel on Multidistrict Litigation ("JPML") established MDL No. 2419 *In re New England Compounding Pharmacy, Inc. Products Liability Litigation* in the United States District Court for the District of Massachusetts before the Honorable F. Dennis Saylor IV.  On March 10, 2013, the Trustee moved for an order asserting jurisdiction over all related personal injury and wrongful death actions pursuant to 28 U.S.C. § 157.

On April 17, 2013, Plaintiff filed her Complaint in the Circuit Court for Jefferson County, Alabama, captioned *Janice Stewart v. Brookwood Medical Center, et al.*, Case No. 01-cv-2013-901477 against NECC and Brookwood Medical Center.  Plaintiff alleges, *inter alia*, injury from exposure to an allegedly contaminated preparation compounded by NECC.  On May 9, 2013, the Trustee removed the action asserting this Court has "related to" jurisdiction pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157(b), and also moved for a stay pending transfer of the action.  On May 16, 2013, Plaintiff moved to remand the case to the Circuit

3

Court for Jefferson County, arguing that this Court should abstain from asserting subject matter jurisdiction over this case.

Since the time that this case was removed to federal court, the MDL Court issued a ruling on the Trustee's motion to transfer based on "related to" jurisdiction. On May 31, 2013, Judge Saylor issued his ruling finding "related to" jurisdiction over all cases filed against NECC and/or NECC-related entities pending in both state and federal courts. (Transfer Order at pp. 3 & 31.) Additionally, Judge Saylor specifically ruled that abstention is inappropriate in cases naming NECC, and reserved abstention only in the limited circumstance of cases filed in state court that do not name NECC or any NECC-affiliated entity. (Transfer Order at pp. 23 & 25.) As such, NECC expects that this matter will shortly be transferred by the JPML to MDL 2419.

Accordingly, NECC respectfully requests this Court deny Plaintiff's motion to remand, and grant NECC's motion for stay pending transfer.

    /s/ Sara M. Turner
    SARA M. TURNER
    C. MEADE HARTFIELD
    Attorneys for New England
    Compounding Pharmacy, Inc.
    d/b/a New England Compounding
    Center

B SMT 1122375 v1
2924962-000028  06/10/2013

OF COUNSEL:

SARA M. TURNER
C. MEADE HARTFIELD
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 20th Street North
Suite 1400
Birmingham, Alabama  35203
(205) 328-0480
smturner@bakerdonelson.com
mhartfield@bakerdonelson.com

### **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 10th day of June, 2013, the foregoing has been served by the court's electronic filing system and/or United States Mail, postage prepaid, to the following counsel of record:

Stephen D. Heninger, Esq.
HENINGER GARRISON DAVIS, LLC
P.O. Box 11310
Birmingham, AL  35202
steve@hgdlawfirm.com
*Attorney for Plaintiff*

Thomas A. Kendrick
Holly S. Bell
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place - Suite 3000
1130 22nd Street South
Birmingham, Alabama 35205
*Attorney for Brookwood Health Services, Inc. d/b/a Brookwood Medical Center*

                                              /s/ Sara M. Turner
                                              OF COUNSEL

B SMT 1122375 v1
2924962-000028  06/10/2013