```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION

JANICE STEWART,                  }
                                 }
     Plaintiff,                  }
                                 }       CIVIL ACTION NO.
v.                               }       13-AR-0875-S
                                 }
BROOKWOOD HEALTH SERVICES,       }
INC., d/b/a BROOKWOOD MEDICAL    }
CENTER, et al.,                  }
                                 }
     Defendants.
```

### **ORDER**

All pending motions in the above-entitled cause are hereby SET for oral hearing **at 10:30 a.m., June 28, 2013**, in chambers.  A court reporter shall be present.  The proceedings are hereby STAYED, except for the hearing on June 28, 2013.

DONE this 12th day of June, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE