FILED
2013 Jun-19 AM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Janice Stewart,<br>  Plaintiff,<br><br>v.<br><br>Brookwood Medical Center;<br>New England Compounding Center;<br>et al.,<br>  Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.<br>) 2:13-CV -00875-WMA<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF PLAINTIFF'S OPPOSITION TO TRANSFER

Comes now the Plaintiff, Janice Stewart, and files this Notice of Opposition to the Conditional Transfer of this case to MDL No. 2419 dated June 17, 2013. In Support of this opposition, Plaintiff shows onto this Honorable Court that there is currently pending a Motion For Remand in this case in the Northern District of Alabama, which is a serious motion that Plaintiff believes to be meritorious and result in the remand of this action to the Circuit Court of Jefferson County, Alabama. Therefore, Plaintiff asserts there is a lack of jurisdiction in this matter.

                   _____
                   Stephen D. Heninger (HEN-007)
                   Attorney for Plaintiff

OF COUNSEL:

HENINGER GARRISON DAVIS, LLC
P. O. Box 11310
Birmingham, Alabama  35202
Telephone:  (205) 326-3336
Facsimile:  (205) 326-3332
E-mail:       Steve@hgdlawfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on June 17, 2013, served a copy of the foregoing pleading on the following parties or counsel by Alafile or U.S. Mail.

Sara M. Turner, Esq.
C. Meade Hartfield, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1400 Wells Fargo Tower
420 20th Street North
Birmingham, AL 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007
*(Attorney for New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center)*

Thomas A. Kendrick, Esq.
Holly S. Bell, Esq.
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place – Suite 3000
1130 22nd Street South
Birmingham, Alabama 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: hbell@nwkt.com
*(Attorney for Brookwood Medical Center)*

Of Counsel