IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Janice Stewart,<br>    Plaintiff,<br><br>v.<br><br>Brookwood Medical Center;<br>New England Compounding Center;<br>et al.,<br>    Defendants. | Civil Action No.<br>2:13-CV-00875-WMA |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S BROOKWOOD HEALTH SERVICES, INC. D/B/A BROOKWOOD MEDICAL CENTER, MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION TO DISMISS**

This action was filed in the Circuit Court for Jefferson County, Alabama on April 17, 2013. Plaintiff properly filed Interrogatories and Requests for Production along with the Summons and Complaint which is permitted under the Alabama Rules of Civil Procedure. This discovery is essential to the prosecution of this action and any response to the motion under consideration. There has been no response to these discovery requests. (See attached Exhibit A, Interrogatories and Requests for Production).

This action was improperly and improvidently removed to this Court on May 9, 2013. The Court has currently pending the Plaintiff's Motion for Remand. (Doc. 7).

1

Plaintiff requests a reasonable extension of time to respond to the motion for summary judgment until the initial discovery is answered in the event the Court denies the Motion for Remand. Plaintiff believes and asserts that this case should be remanded to the state court so that the discovery may be achieved and any substantive, dispositive motion is properly considered by that Court. There is no proper jurisdiction in this Court and remand is appropriate.

There is no allegation of fraudulent joinder of the Defendant, Brookwood Health Services, Inc. d/b/a Brookwood Medical Center. Even if there were such by implication, the Eleventh Circuit has stated: "...the plaintiff need not have a winning case against the allegedly fraudulent defendant; he need only have a possibility of stating a valid cause of action in order for the joinder to be legitimate." *Triggs v. John Crump Toyota, Inc.*, 154 F.3d 1284, 1287 (11th Cir. 1998).

Plaintiff's Complaint against this Defendant alleges negligence or wantonness in administering this drug "without taking steps to assure that the product was being provided by a safe entity that had appropriate and necessary safeguards to assure that the product would not be defective, contaminated or unreasonably dangerous." (Paragraph 7 of Plaintiff's Complaint). This is not a simple allegation of products liability. While there are other allegations that discuss products liability that might be governed by §6-5-521(c) Code of Alabama

1975, Plaintiff clearly makes allegation that this Defendant "failed to take proper steps" to assure that it was purchasing such drugs from a safe and reliable entity. The history of problems at Defendant, New England Compounding Center (NECC) is a proper subject of inquiry that requires discovery.

Wherefore, Plaintiff urges this Court to remand this case to the state court from which it was removed. In the alternative, if this Court denies remand, Plaintiff requests an extension of time to respond to the motion after initial discovery is provided as indicated in the Court's Order of May 28, 2013 (Doc. 12) allowing such motion for additional reasonable time to respond.

                              Stephen D. Heninger (HEN-007)
                              Attorney for Plaintiff
                              HENINGER GARRISON DAVIS, LLC
                              P. O. Box 11310
                              Birmingham, Alabama  35202
                              Telephone:  (205) 326-3336
                              Facsimile:  (205) 326-3332
                              E-mail:      Steve@hgdlawfirm.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on June 24, 2013, served a copy of the foregoing pleading on the following parties or counsel by Alafile or U.S. Mail.

Sara M. Turner, Esq.
C. Meade Hartfield, Esq.
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
1400 Wells Fargo Tower
420 20th Street North
Birmingham, AL 35203
Telephone: (205) 328-0480
Facsimile: (205) 322-8007
*(Attorney for New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center)*

Thomas A. Kendrick, Esq.
Holly S. Bell, Esq.
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place – Suite 3000
1130 22nd Street South
Birmingham, Alabama 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: hbell@nwkt.com
*(Attorney for Brookwood Medical Center)*

_____
Of Counsel