

AlaFile E-Notice

01-CV-2013-901477.00

To: STEPHEN DON HENINGER
Steve@hgdlawfirm.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

JANICE STEWART V. BROOKWOOD MEDICAL CENTER ET AL
01-CV-2013-901477.00

The following complaint was FILED on 4/17/2013 3:27:04 PM

Notice Date:     4/17/2013 3:27:04 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>**01-CV-2013-**<br>Date of Filing:<br>04/17/2013 | ELECTRONICALLY FILED<br>4/17/2013 3:27 PM<br>01-CV-2013-901477.00<br>CIRCUIT COURT OF<br>JEFFERSON COUNTY, ALABAMA<br>ANNE-MARIE ADAMS, CLERK |
|---|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT OF JEFFERSON COUNTY, ALABAMA**
**JANICE STEWART v. BROOKWOOD MEDICAL CENTER ET AL**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

### NATURE OF SUIT:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonnes
- ☐ TOPL - Product Liability/AEMLD
- ☑ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawfyul Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT _____

**HAS JURY TRIAL BEEN DEMANDED?** ☑ Yes ☐ No

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** HEN007    4/17/2013 3:27:03 PM    /s/ STEPHEN DON HENINGER

**MEDIATION REQUESTED:** ☐ Yes ☐ No ☑ Undecided

ELECTRONICALLY FILED
4/17/2013 3:27 PM
01-CV-2013-901477.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY,

| | |
|---|---|
| Janice Stewart, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Brookwood Medical Center; Defendant )<br>number 1 being the proper legal designation )<br>of the entity known as Brookwood Medical )<br>Center; New England Compounding Center; )<br>Defendant number 2 being the proper legal )<br>designation of the entity known as New )<br>England Compounding Center; Defendant )<br>number 3 being that entity which )<br>compounded, marketed, sold and/or )<br>provided the triamcinolene acetonide )<br>injectable material to Brookwood Medical )<br>Center which was injected into Plaintiff as )<br>described in the Complaint; and 4 )<br>Defendants 4 &5 being those persons or )<br>entities which compounded, tested )<br>provided, marketed and/or distributed the )<br>triamcinolene acetonide injectable material )<br>which was used by Brookwood Medical )<br>Center with Plaintiff as described in the )<br>Complaint; all of whose true and correct )<br>names are otherwise unknown to Plaintiff at )<br>this time but will be added by amendment )<br>when properly ascertained. ) | CIVIL ACTION NO: _____ |

## COMPLAINT

1. On or about, to wit: May 10, 2012, Plaintiff was a patient in Brookwood Medical Center and underwent a fluoro-directed lumbar epidural block using triamcinolene acetonide. Upon information and belief, as notified by that Defendant hospital by letter to Plaintiff dated October 22, 2012, the Defendant had purchased that injectable steroid product from New

1

England Compounding Center (NECC). (Attached hereto as Exhibit 1 and made a part of the Complaint.)

2. On or about, to wit: July 30, 2012, Plaintiff was again a patient at Brookwood Medical Center when she underwent a repeat fluoro-directed lumbar epidural block using triamcinolene acetonide. Upon information and belief, as notified by that Defendant hospital by letter to the Plaintiff dated October 22, 2012, the Defendant hospital had purchased that injectable steroid product from New England Compounding Center.

3. On or about, to wit: October 30, 2012, Plaintiff was admitted to UAB Hospital in Birmingham, Alabama where she remained until her discharge on November 21, 2012. During that hospital stay, it was concluded that she was suffering from meningoencephalitis and she was treated with anti-fungal medication for the condition.

4. Plaintiff avers that Defendants separately and severally, negligently caused or negligently allowed Plaintiff to receive contaminated steroid injections on the occasion set forth above that were defective, contaminated and unreasonably dangerous for human injection and use. Defendants negligently failed to take proper steps and precautions to assure the injectable steroid compound was not contaminated with bacteria, fungus or other deleterious agents before providing them for injections or use with patients in general and Plaintiff, in particular. As a proximate consequence of Defendant's negligence, the Plaintiff was injected with the steroid material during the two lumbar steroid blocks referred to above and became contaminated; she suffered severe physical pain and mental anguish; she was required to be hospitalized and treated for meningoencephalitis; she had her nervous system and neurologic condition severely impaired; she was unable to perform her usual and customary activities of daily living; she suffered cognitive and

physical impairment; she has been required to have assistance with her normal daily activities and she has been severely and permanently injured and impaired.

5. Plaintiff further avers that Defendant, New England Compounding Center (NECC) negligently caused or negligently allowed the triamcinolene acetonide described above to be compounded, manufactured, packaged, distributed, marketed, and sold in a defective, contaminated and unreasonably dangerous condition for injection or use with humans. Proper sterilization technique and testing for sterilization was avoided. This Defendant was negligent in its failure to take adequate and proper steps to safeguard and prevent the contamination of this product against bacteria, fungus or any other deleterious agents. This Defendant was negligent in its failure to properly test and evaluate this product to assure that it had not been contaminated before releasing it for distribution, marketing and sell for use by medical professionals to inject into patients. This Defendant was negligent in its failure to assure that this product was reasonably safe for its intended use and purpose before being released for distribution, marketing and sale well as in its failure to institute prompt, adequate and proper notice to medical professionals to return, destroy and not use these products when it knew, or had reason to know, of its contamination and the potential damages presented because of the compounding manufacturing and testing deprivation that had taken place and resulted in the contamination of large lots of this product. As a proximate consequence thereof, Plaintiff was caused to undergo the injections described above, and she was injured and damaged as set forth in Paragraph 4.

6. Plaintiff further avers that Defendant, New England Compounding Center (NECC) wantonly caused or wantonly allowed the triamcinolene acetonide described above to be

compounded, manufactured, packaged, distributed, marketed and sold in a defective, contaminated and unreasonably dangerous condition. This Defendant wantonly caused or allowed inadequate control to be undertaken to assure the safe and proper compounding, manufacture, packaging, distribution, marketing and sale of the product in question and callous disregard of the inherent failure to take steps to assure the proper and safe compounding of the product without contamination of bacteria, fungus or other deleterious agents. The Defendant was wanton in its procedures for the compounding of this product and failed to take proper and necessary steps to assure the safe compounding, manufacture, packaging, distribution, marketing and sell of the product so that it would not be released into the medical stream of commerce in a contaminated, defective and unreasonably dangerous condition. The Defendant acted and failed to act in conscious and callous disregard of the inherent failure to take proper and necessary steps to maintain and assure safety in its compounding, packaging, manufacturing, distribution, marketing and sale of this product. The Defendant wantonly failed to take prompt, timely and adequate steps to inform the ultimate medical users of the product of its potential or actual contamination despite knowing or having reason to know of its contamination and defective potential that would be unreasonably dangerous for use with patients and expose them to serious health risks. As a proximate consequence of this wanton misconduct, the Plaintiff has been injured and damaged as set forth above in Paragraph 4.

7. Plaintiff further avers that Defendant, Brookwood Medical Center, was negligent and/or wanton in its use of the injectable steroid, triamcinolene acetonide with Plaintiff on the occasions set forth above without taking steps to assure that the product was being provided by a safe entity that had appropriate and necessary safeguards to assure that the

product would not be defective, contaminated or unreasonably dangerous. This Defendant was further negligent and/or wanton in its failure to remove, destroy or return such defective product by being alert and responsive to notices or news of the potential contamination of large lots of the product from NECC. As a proximate consequence thereof, the Plaintiff was injured and damaged as set forth in Paragraph 4 above.

8. Plaintiff further avers that the negligence of the named Defendants combined or concurred with the negligence of each other or others yet unknown to proximately cause the injuries and damages to Plaintiff set forth in Paragraph 4.

9. Plaintiff further avers that Defendants are liable to the Plaintiff for violation of the Alabama Extended Manufacturer's Liability Doctrine in their providing the product referred to above in a defective, contaminated and unreasonably dangerous condition. As a proximate consequence thereof, Plaintiff has been injured and damaged as set forth in Paragraph 4 above.

WHEREFORE, Plaintiff demands judgment against Defendants, separately and severally for damages in such sums of compensatory and punitive damages as a jury may assess after a full and fair consideration of the facts.

**Plaintiffs demand trial by struck jury on all issues raised herein.**

_____
Stephen D. Heninger (HEN-007)
Attorney for Plaintiff


/s/ Stephen D. Heninger
STEPHEN D. HENINGER (HEN-007)

OF COUNSEL:
HENINGER GARRISON DAVIS, LLC
P. O. Box 11310
Birmingham, Alabama  35202
Telephone:      (205) 326-3336
Facsimile:      (205) 326-3332
E-mail:         Steve@hgdlawfirm.com

Plaintiff's Address:
865 Crosshill Trail
Warrior, AL  35180-5621

Serve Defendants

Brookwood Medical Center
2010 Brookwood Medical Center Drive
Birmingham, AL  35209

New England Compounding Center
701 Waverly Street
Framingham, MA  01702-8512

ELECTRONICALLY FILED
4/17/2013 3:27 PM
01-CV-2013-901477.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY,

| | |
|---|---|
| Janice Stewart, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: _____ |
| ) | |
| Brookwood Medical Center; Defendant ) | |
| number 1 being the proper legal designation ) | |
| of the entity known as Brookwood Medical ) | |
| Center; New England Compounding Center; ) | |
| Defendant number 2 being the proper legal ) | |
| designation of the entity known as New ) | |
| England Compounding Center; Defendant ) | |
| number 3 being that entity which ) | |
| compounded, marketed, sold and/or ) | |
| provided the triamcinolene acetonide ) | |
| injectable material to Brookwood Medical ) | |
| Center which was injected into Plaintiff as ) | |
| described in the Complaint; and 4 ) | |
| Defendants 4 &5 being those persons or ) | |
| entities which compounded, tested ) | |
| provided, marketed and/or distributed the ) | |
| triamcinolene acetonide injectable material ) | |
| which was used by Brookwood Medical ) | |
| Center with Plaintiff as described in the ) | |
| Complaint; all of whose true and correct ) | |
| names are otherwise unknown to Plaintiff at ) | |
| this time but will be added by amendment ) | |
| when properly ascertained. ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S INTERROGATORIES TO DEFENDANT
### BROOKWOOD MEDICAL CENTER

COME NOW the Plaintiffs and pursuant to Rule 33 A.R.C.P. request Defendants, separately and severally, to answer the following Interrogatories within the time and manner prescribed by law:

Plaintiff Interrogatories to Brookwood Medical Center
Page 1

1. Has this Defendant been properly designated in the Summons and Complaint for purposes of suing or being sued? If not, please set forth your full and proper legal designation.

2. Please identify the person answering these interrogatories on behalf of the Defendant by name and job title.

3. Please list all shipments received from New England Compounding Center (NECC) of the product triamcinolene acetonide at this facility from January 1, 2011 through December 21, 2012 by date and size.

4. Did this Defendant receive shipments of triamcinolene acetonide from any compounder or entity other than NECC during the period of January 1, 2011 through December 31, 2012? If so, please identify all such entities and the number of shipments from each entity during that period by date and size.

5. Did Plaintiff receive an injection of triamcinolene acetonide which had been compounded by New England Compounding Center (NECC) on either May 10, 2012 or July 30, 2012? If so, please specify when it was injected.

6. When did this Defendant first receive notice that NECC triamcinolene acetonide may have been contaminated and of what means did you receive such notice?

7. Please identify that person, by name and job title, who would be most familiar with the ordering and purchasing of the triamcinolene acetonide from any entity during the years 2010 through the present.

8. Does the Defendant still purchase any product from NECC?

9. What was done with the inventory of products from NECC after this Defendant received any notice of potential contamination of their products in 2012?

10. Has this Defendant received any notice that any patient who received NECC triamcinolene acetonide may have suffered any adverse event from that product at this hospital? If so, please state the number and type of adverse events.

11. Does this Defendant contend that Plaintiff suffered no adverse effect from her injection of NECC triamcinolene acetonide at any time? If so, please state in detail the basis for this contention.

12. What criteria did this Defendant use or imply for considering which entities it would order Kenalog from in 2010 thru 2012.

*[signature]*
Stephen D. Heninger (HEN-007)
Attorney for Plaintiff


/s/ Stephen D. Heninger
STEPHEN D. HENINGER (HEN-007)

OF COUNSEL:
HENINGER GARRISON DAVIS, LLC
P. O. Box 11310
Birmingham, Alabama  35202
Telephone:(205) 326-3336
Facsimile: (205) 326-3332
E-mail:   Steve@hgdlawfirm.com

Plaintiff's Address:
865 Crosshill Trail
Warrior, AL  35180-5621

Serve Defendants

Brookwood Medical Center
2010 Brookwood Medical Center Drive
Birmingham, AL  35209

New England Compounding Center
701 Waverly Street
Framingham, MA  01702-8512

Plaintiff Interrogatories to Brookwood Medical Center
Page 3

ELECTRONICALLY FILED
4/19/2013 3:27 PM
01-CV-2013-901477.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY,

| | |
|---|---|
| Janice Stewart, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: _____ |
| ) | |
| Brookwood Medical Center; Defendant ) | |
| number 1 being the proper legal designation ) | |
| of the entity known as Brookwood Medical ) | |
| Center; New England Compounding Center; ) | |
| Defendant number 2 being the proper legal ) | |
| designation of the entity known as New ) | |
| England Compounding Center; Defendant ) | |
| number 3 being that entity which ) | |
| compounded, marketed, sold and/or ) | |
| provided the triamcinolene acetonide ) | |
| injectable material to Brookwood Medical ) | |
| Center which was injected into Plaintiff as ) | |
| described in the Complaint; and 4 ) | |
| Defendants 4 &5 being those persons or ) | |
| entities which compounded, tested ) | |
| provided, marketed and/or distributed the ) | |
| triamcinolene acetonide injectable material ) | |
| which was used by Brookwood Medical ) | |
| Center with Plaintiff as described in the ) | |
| Complaint; all of whose true and correct ) | |
| names are otherwise unknown to Plaintiff at ) | |
| this time but will be added by amendment ) | |
| when properly ascertained. ) | |

### PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS FROM DEFENDANT BROOKWOOD MEDICAL CENTER

COME NOW the Plaintiffs and pursuant to Rule 33 A.R.C.P. request Defendants, separately and severally, to answer the following Interrogatories within the time and manner prescribed by law:

1. All hospital records, charts and documents of any description whether on paper or electronic filed information, regarding any hospitalization or services rendered for Plaintiff during the year 2012.

2. All internal memoranda, notes, email, correspondence, reports, notices, or material of any description regarding any potential contamination of any NECC product from January 1, 2012 thru the present.

3. All invoices, bills of lading, purchase orders, or materials of any description showing the purchase of any products from NECC by this hospital from January 1, 2011 thru the present.

4. All correspondence, memos, notes, or materials of any description received from NECC regarding any product during the year 2012.

5. All test results or procedures of any nature regarding any evaluation, testing or inspection of any product received from NECC during the year 2012.

6. All policies and procedures, guidelines or materials of any description at this hospital describing any criteria for ordering, purchasing, testing or evaluating any products used for injecting into a patient at this hospital which were in effect during the year 2012.

_____
Stephen D. Heninger (HEN-007)
Attorney for Plaintiff


/s/ Stephen D. Heninger
STEPHEN D. HENINGER (HEN-007)

OF COUNSEL:
HENINGER GARRISON DAVIS, LLC
P. O. Box 11310
Birmingham, Alabama  35202
Telephone:    (205) 326-3336
Facsimile:    (205) 326-3332
E-mail:       Steve@hgdlawfirm.com


Request for Production to Brookwood Medical Center
Page 2

Plaintiff's Address:
865 Crosshill Trail
Warrior, AL  35180-5621

Serve Defendants

Brookwood Medical Center
2010 Brookwood Medical Center Drive
Birmingham, AL  35209

New England Compounding Center
701 Waverly Street
Framingham, MA  01702-8512

Case 2:13-cv-00875-WMA   Document 17-1   Filed 06/24/13   Page 15 of 17

ELECTRONICALLY FILED
4/19/2013 3:27 PM
01-CV-2013-901477.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY,

| | |
|---|---|
| Janice Stewart, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Brookwood Medical Center; Defendant )<br>number 1 being the proper legal designation )<br>of the entity known as Brookwood Medical )<br>Center; New England Compounding Center; )<br>Defendant number 2 being the proper legal )<br>designation of the entity known as New )<br>England Compounding Center; Defendant )<br>number 3 being that entity which )<br>compounded, marketed, sold and/or )<br>provided the triamcinolene acetonide )<br>injectable material to Brookwood Medical )<br>Center which was injected into Plaintiff as )<br>described in the Complaint; and 4 )<br>Defendants 4 &5 being those persons or )<br>entities which compounded, tested )<br>provided, marketed and/or distributed the )<br>triamcinolene acetonide injectable material )<br>which was used by Brookwood Medical )<br>Center with Plaintiff as described in the )<br>Complaint; all of whose true and correct )<br>names are otherwise unknown to Plaintiff at )<br>this time but will be added by amendment )<br>when properly ascertained. ) | CIVIL ACTION NO: _____ |

PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS AND
THINGS FROM DEFENDANT NEW ENGLAND COMPOUNDING CENTER (NECC)

COMES NOW the Plaintiff and pursuant to Rule 33 A.R.C.P. requests Defendants, separately and severally, to answer the following Interrogatories within the time and manner prescribed by law:

1. All correspondence, memoranda, notes, emails, and materials of any description, whether on paper or electronic filed information regarding contamination or potential contamination of triamcinolene acetonide from this Defendant's facilities.

2. All reports of this Defendant or any other entity regarding contamination or potential contamination of triamcinolene acetonide at NECC during the year 2012.

3. All policies and procedures for assuring sterility of compounds and testing for sterility before compounds are released from NECC that were in effect from 2010 to the present.

4. All invoices, purchase orders or documents reflecting orders of any products from NECC to Brookwood Medical Center from January 1, 2011 through December 31, 2012.

5. All investigative materials, tests, reports, or documents of any type regarding looking into the actual or potential contamination of triamcinolene acetonide inside NECC for the past two years.

6. All materials submitted to the Food and Drug Administration regarding potential or actual contamination of steroid compounds at NECC from January, 2012 to the present.

7. All materials, whether on paper or electronic, filed information discussing the compound triamcinolene acetonide in any manner possessed by this Defendant regarding sterility, potential or actual contamination and any tests/results on such compounds of any nature over the past two years.

_____
Stephen D. Heninger (HEN-007)
Attorney for Plaintiff


/s/ Stephen D. Heninger
STEPHEN D. HENINGER (HEN-007)

OF COUNSEL:
HENINGER GARRISON DAVIS, LLC
P. O. Box 11310
Birmingham, Alabama  35202
Telephone:   (205) 326-3336
Facsimile:   (205) 326-3332
E-mail:   Steve@hgdlawfirm.com


Plaintiff's Address:
865 Crosshill Trail
Warrior, AL  35180-5621

Serve Defendants

Brookwood Medical Center
2010 Brookwood Medical Center Drive
Birmingham, AL  35209

New England Compounding Center
701 Waverly Street
Framingham, MA  01702-8512

Plaintiff Request for Production to NECC
Page 3