Case 2:13-cv-00875-WMA   Document 19   Filed 08/30/13   Page 1 of 1
Case MDL No. 2419   Document 264   Filed 07/09/13   Page 1 of 1

FILED
2013 Aug-30 AM 10:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.,
PRODUCTS LIABILITY LITIGATION

Stewart v. New England Compounding Center,  )
N.D. Alabama, C.A. No. 2:13–00875             )        MDL No. 2419

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Stewart*) on June 17, 2013. Prior to expiration of the orders' 7-day stay of transmittal, plaintiff in *Stewart* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-13" filed on June 17, 2013, is LIFTED. The action is transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable F. Dennis Saylor.[1]

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify on 8/19/13 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on 7/9/13
☐ original filed in my office on _____

Robert M. Farrell
Acting Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

---

[1] After the conditional transfer order was issued, the transferor court severed and remanded the claim against one defendant to state court, which leaves the New England Compounding Center as the sole named defendant in the action being transferred. *See Stewart*, C.A. No. 2:13-00875, mem.op. and order (N.D. Ala. July 1, 2013).